ISAAC LOWENFELD et al., as Executors of and Trustees under the Will of PINCUS LOWENFELD, Deceased, et al., Appellants, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.

*Lowenfeld v. U. S. Fidelity & Guaranty Co.*, 180 App. Div. 927, affirmed.

(Argued March 14, 1918; decided April 2, 1918.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first

judicial department, entered December 21, 1917, affirming so much of a judgment, entered upon a decision of the court at a Trial Term without a jury, as dismissed the complaint as to the first two causes of action therein set forth in an action upon a fidelity bond securing the plaintiff against loss through dishonesty of an employee committed during the continuance of said bond or policy, or any renewal thereof, and discovered during said continuance or within six months thereafter, or within six months from the death, dismissal or retirement of said employee. The bond was continued in force by annual payment of premiums for three years. Towards the close of the third year it was discovered that the employee had stolen sums of money during each of the three years aggregating the full amount of the bond. The complaint set up three causes of action: *First,* for the loss caused by defalcations during the period of the original bond; *second,* for the loss during the period of the first renewal certificate, and *third,* for the loss occurring during the period of the second renewal certificate. The defendant contended that the bond and the two certificates continuing the same in force for two additional years constituted three separate bonds and that liability terminated on each of such " separate bonds " six months after the expiration of the period for which liability on it was undertaken.

*Alfred D. Lind* and *Alexander Pfeiffer* for appellants.
*William J. McArthur* and *Leonidas Dennis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.